UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

In Re:

RONALD W. MAKSYMCHUK

      Debtor.

Bky 00-50725

Chapter 7

**AFFIDAVIT OF PETER C. GREENLEE**

State of Minnesota  )
                           )ss.
County of St. Louis )

Peter C. Greenlee, being first duly sworn, states as follows:

1. I am the attorney for Debtor. This Affidavit is made in support of my Motion to Withdraw as counsel of record in the above-entitled matter.

2. In the course of representing Debtor I have become aware of information that necessitates that I withdraw as attorney for Debtor. I believe that Minnesota Rules of Professional Conduct 1.2(c) and (d) require my withdrawal from representation.

3. I believe that the Debtor expects legal assistance not permitted by rule and law. I have attempted to consult with Debtor by pre-arranged meeting on September 29, but Debtor has refused to meet with me.

Filed on OCT 17 2000
Patrick G. De Wane, Clerk
By_____ Deputy Clerk

Further your affiant sayeth naught.

Dated this 30th day of September, 2000.

_____
Peter C. Greenlee (238442)
Greenlee Law Office
P.O. Box 1067
Twig, MN 55791
(218) 729-0628

Subscribed and sworn to before me this 30th day of Sept, 2000.

_____
Notary Public


MARIANNE PIERSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

## AFFIDAVIT OF SERVICE BY MAIL

State of Minnesota   )
                     )ss.
County of St. Louis  )

**In Re: MAKSYMCHUCK, RONALD W**
**BANKRUPTCY NO: 00-50725**

I, Susan M. Sayers being duly sworn upon oath, disposes and states: that on October 2, 2000 she served and enclosed: Notice and Motion for leave to Withdraw as Attorney: Bankruptcy Court, 515 W 1st St, Duluth, MN 55801, Barbara Stuart, 1015 US Courthouse, 300 S. 4th St, Minneapolis, MN 55415, John H. Bray, and Debtor, by depositing in the U.S. Mail, postage prepaid, a true and correct copy thereof.

Further affiant sayeth not.

_____
Susan M. Sayers

Subscribed and sworn to before me
this ___ day of _____, 2000.

_____
Notary Public